No. 154, Misc.   DiPalma *v.* New York.   Ct. App. N. Y.   Certiorari denied.

No. 155, Misc.   Postell *v.* Dunbar, Corrections Director, et al.   Sup. Ct. Cal.   Certiorari denied.

No. 156, Misc.   Arnold *v.* Arnold.   Sup. Ct. Cal. Certiorari denied.

No. 159, Misc.   Walker *v.* New York.   App. Div., Sup. Ct. N. Y., 2d Jud. Dept.   Certiorari denied.   *Melvin L. Wulf* for petitioner.

No. 162, Misc.   Sharp *v.* United States.   C. A. D. C. Cir.   Certiorari denied.   *William Garber* and *Alvin D. Edelson* for petitioner.   *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 163, Misc.   Masters *v.* Stevens, Warden.   C. A. 8th Cir.   Certiorari denied.   Petitioner *pro se. Solicitor General Marshall* for respondent.

No. 164, Misc.   Ward *v.* McMann, Warden.   C. A. 2d Cir.   Certiorari denied.

No. 165, Misc.   Walker *v.* Texas.   Ct. Crim. App. Tex.   Certiorari denied.

No. 166, Misc.   Mueller *v.* Oliver, Warden.   Sup. Ct. Cal.   Certiorari denied.

No. 175, Misc.   Stevenson *v.* Mancusi, Warden. App. Div., Sup. Ct. N. Y., 4th Jud. Dept.   Certiorari denied.